

# NUMBER 13-09-00326-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE BAY LTD.

## On Petition for Writ of Mandamus
## and Motion for Emergency Stay.

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Yañez and Benavides
### Memorandum Opinion Per Curiam[1]

Relator, Bay Ltd., filed a petition for writ of mandamus and motion for emergency stay in the above cause on June 12, 2009. The Court requested and received responses to the motion for emergency stay and the petition for writ of mandamus from the real parties in interest.

The Court, having examined and fully considered the petition for writ of mandamus and motion for emergency stay, the responses thereto, and the reply brief filed by relator, is of the opinion that relator has not shown itself entitled to the relief sought. Accordingly,

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

the motion for emergency stay and the petition for writ of mandamus are DENIED.  *See*

TEX. R. APP. P. 52.8(a).

PER CURIAM

Memorandum Opinion delivered and
filed this 9th day of July, 2009.